UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY PENDGRAFT,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WALMART, INC., 300-400 PARK PLAZA DR INC, JOHN DOE 1-0 (fictitiously named), ABC Co. 1-10 (fictitiously named), and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations),<br><br>　　　　　　　　Defendants. | Civil Action No.: 2:22-cv-02150<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the within matter and any all claims asserted or which could have asserted in this action are hereby dismissed with prejudice and without costs.

*Marc S. Borden*
_____
Marc S. Borden, Esq., Esq.
**BRANDON J. BRODERICK, LLC**
65 East Route 4, First Floor
River Edge, NJ 07661
E-Mail: marc@201injury.com | silvana@201injury.com | carlos@201injury.com
Attorneys for Plaintiff, Tiffany Pendgraft

Dated: 7/25/2023

/s/ Nada M. Peters
_____
Nada M. Peters, Esq.
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054

Dated: 8/9/2023

1

Tel.: 973.734.3200
Email: npeters@darcambal.com
mdebenedetto@darcambal.com
Attorneys for Defendants, Walmart, Inc.
and 300-400 Park Plaza Dr. Inc.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 8/15/2023